MARVIN JESSIE, Appellant, v. KELLY-MUTUAL CREDIT CLOTHING CO., INC., Respondent.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Johnston, Adel and Nolan, JJ.; Lewis, P. J., not voting. [See *ante*, p. 765.]

ABRAHAM LEVISON, Doing Business as LEVISON'S CHAIR RENTAL, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.

ARNETT MCKEE, Respondent, v. EDELBREW BREWERY, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.

IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See 269 App. Div. 1040.]

ALI BAKER, Appellant, v. FRED A. SMYTHE, Doing Business under the Name of INDEPENDENT CREDIT COMPANY, Respondent.— The complaint contains three causes of action. The first and second causes of action are in equity to cancel and set aside certain notes, bonds and mortgages, and for an injunction to restrain the enforcement thereof on the ground that they are tainted with usury. The third cause of action is at law to recover the sum of $202.11, pursuant to section 381 of the General Business Law, for excess interest paid on a mortgage which was satisfied after condemnation proceedings had been instituted by the City of New York to acquire title of the real estate involved. Defendant moved for summary judgment pursuant to rules 113 and 114 of the Rules of Civil Practice and plaintiff made a cross motion for similar relief. Defendant's motion was granted and plaintiff's motion denied. Plaintiff appeals from the order and from the judgment entered thereon. Order modified on the law and the facts by striking out the first and second ordering paragraphs and by inserting in place thereof a provision denying defendant's motion for summary judgment. As thus modified, the order is affirmed, without costs, and the judgment entered thereon is vacated, without costs. The record presents issues of fact which cannot be resolved on a motion for summary judgment. Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ., concur. [See *post*, p. 842.]

MAX FRIEDMAN, Appellant, v. CITY OF NEW YORK et al., Defendants, and LONG ISLAND RAILROAD COMPANY, Respondent.— Appeal by plaintiff from an order granting the motion of respondent Long Island Railroad Company under rule 107 of the Rules of Civil Practice to dismiss the complaint on the ground that the court has no jurisdiction of the subject matter, and from the judgment entered pursuant thereto. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.